# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00645-CV

**Miriam L. Stansberry, Appellant**

**v.**

**Texas School for the Blind and Visually Impaired, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-GN-13-003462, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was due on March 6, 2015. On March 25, 2015, this Court notified appellant that her brief was overdue and that her appeal could be dismissed for want of prosecution unless she filed a brief or responded to the notice by April 6, 2015. To date, appellant has neither filed a brief nor responded to this Court's notice. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a); 42.3(b).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed for Want of Prosecution

Filed: May 22, 2015